# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martrail D Williams,<br><br>    Petitioner,<br><br>v.<br><br>Carla Hacker-Agnew, et al.,<br><br>    Respondents. | No. CV-17-00439-PHX-DLR<br><br>**ORDER** |

Before the Court are Petitioner Martrail Williams' Petition for Writ of Habeas Corpus and United States Magistrate Judge Bridget S. Bade's Report and Recommendation ("R&R"). (Docs. 1, 15.) The R&R recommends that the Court deny the Petition. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See* Fed. R. Civ. P. 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Petitioner did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985); Fed. R. Civ. P. 72(b)(3). The Court nonetheless has reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and deny the Petition. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

**IT IS ORDERED** that Magistrate Judge Bade's R&R (Doc. 15) is **ACCEPTED**. Petitioner's Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED** because dismissal of the Petition is justified by a plain procedural bar and jurists of reason would not find the ruling debatable.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall terminate this case.

Dated this 27th day of December, 2017.

Douglas L. Rayes
United States District Judge